ASIC Creditor Matrix v2

Accelerated Wealth
13570 Meadowgrass Dr. Ste 100
Colorado Springs, CO 80921


Amy Stoddard
512 S. Aguilar Dr, Apt E
Pueblo West, CO 81007


Anthony and Reagan Aynes
18423 Edgewood Dr
Peyton, CO 80831


Bill Walton
500 Plantation Village Dr, Bld 2-103
Dorado, PR 00646


Black Forest Lutheran Church
12455 Black Forest Road
Colorado Springs, CO 80908


Carl and Kathleen Eisenbrown
17861 Pinon Park Rd
Peyton, CO 80831


Carl Nehls
3035 Richfield Drive
Colorado Springs, CO 80919


Charlene Farrell
6700 Pickney Road
Rye, CO 81069

ASIC Creditor Matrix v2

Christine Hutchins-Chavez
5236 Centennial Ct
Windsor, CO 80550


Cynthia L. Goodman
1024 Seagrape Dr
Ruskin, FL 33570


Dennis and Patricia Ferl
375 Scrub Oak
Monument, CO 80132


Dennis R. Snyder
415 Wuthering Heights Drive
Colorado Springs, CO 80921


Donald and Barbara Titmas
6548 Whistle Bay Drive
Colorado Springs, CO 80923


Donald and Naomi Mueller
2661 Fuller Road
Colorado Springs, CO 80920


Donald and Susan Garrison
903 Holmes Drive
Colorado Springs, CO 80909


Douglas C. Clark
2325 Heatherdale Ct
Colorado Springs, CO 80915

ASIC Creditor Matrix v2

Edward and Holly Heuer
3177 Montpelier Court
Pleasanton, CA 94588


Eugene McWilliams
975 Mercury Cirlce
Lone Tree, CO 80124


F. David and Lenore M. Swaim
2420 Spanish Oak Terrace
Colorado Springs, CO 80920


Gary and Nancy Snyder
9947 Bridgeport Drive
Colorado Springs, CO 80920


George and Gertrude Colflesh
4865 Old Farm Cir W
Colorado Springs, CO 80917


Gerald and Kimtran Leake
1465 Bison Ridge Drive
Colorado Springs, CO 80919


Glen Shoptaugh
2232 Wolff Place
Colorado Springs, CO 80904


H. Michael and Carol Tennerman
5565 Pomona Drive
Colorado Springs, CO 80918

ASIC Creditor Matrix v2

Harold S. and Vicki R. Franson
1930 Dennison Ct
Colorado Springs, CO 80918


High Trust Financial and Consulting, Inc
Chris Abeyta
13570 Meadowgrass Dr, Ste 100
Colorado Springs, CO 80921


Irving and Karen Crump
6580 Club Villa Rd
Parker, CO 80134


James K. and Patricia C. Richardson
16070 State Highway 83
Colorado Springs, CO 80921


Jerry and Carol Barnett
11005 Huntsman Road
Colorado Springs, CO 80908


John C. and Eileen R. Sasse
316 Lions Head Dr
Monument, CO 80132


John R Hildebrandt and
BonnieLee D Hildbrenadt
18050 Granite Circle
Monument, CO 80132


Katherine Soltero
2475 Wimbledon Ct.
Colorado Springs, CO 80920

ASIC Creditor Matrix v2

Kenneth and Patricia Brier
14870 Curb Bit Lane
Colorado Springs, CO 80921

Kenneth R and Cheryl S Sexton
5225 Vessey Road
Colorado Springs, CO 80908

Kimtran Leake
1465 Bison Ridge Drive
Colorado Springs, CO 80919

Kurt and Anne Kessel
2812 Middlesborough Ct
Fort Collins, CO 80525

Lawrence and Audrey Gray
1440 Bison Ridge Drive
Colorado Springs, CO 80919

Lisa M. Masters
5024 Chariot Drive
Colorado Springs, CO 80923

Lisa Renee Whitaker
40040 US Hwy 350
Trinidad, CO 81082

Lost Creek Living Trust
5179 W. Nokasippi Lane
South Jordan, UT 84009

ASIC Creditor Matrix v2

Louie Live Long and Prosper Trust
7242 Windsor Lane
Hyattsville, MD 20782

Mark E and Kimberly K. Harter
6724 Granite Peak Drive
Colorado Springs, CO 80923

Marshall Klitzke
2480 Shiprock Way
Colorado Springs, CO 80919

McDonald Living Trust Dated 06/22/16
3860 Camels View
Colorado Springs, CO 80904

McGinty Family Living Trust
6680 Prairie Wind Drive
Colorado Springs, CO 80923

MTC, LLC FBO Angela Snyder
IRA xxxx33694
2001 Spring Rd, Suite 700
Oak Brook, IL 60523

MTC, LLC FBO Audrey Gray
IRA XXXX46753
2001 Spring Rd, Suite 700
Oak Brook, IL 60523

MTC, LLC FBO Barbara L Nemechek
IRA xxxx814X4

ASIC Creditor Matrix v2

2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Bonnie L Pinkstaff
IRA xxxx14718
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO  BonnieLee D Hildebrandt
IRA xxxx71786
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Carl F. Eisenbrown
IRA xxxx66178
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Charlene Farrell
IRA xxxx29833
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Constance Ender-Kuhle
IRA xxxx36G64
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Donald R. Titmas
IRA xxxx76523
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Francis S Heming Jr.

ASIC Creditor Matrix v2

IRA xxxx68465
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Gary Snyder
ROTH IRA xxxx54152
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Gerald Leake
IRA xxxx36136
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO GMS, Inc. Profit Sharing Pl
IRA xxxx59764
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO James Cromer
IRA XXXX22356
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Joann C. Booth
IRA XXXX11661
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Kathleen Eisenbrown
IRA xxxx81150
2001 Spring Rd, Suite 700
Oak Brook, IL 60523

ASIC Creditor Matrix v2

MTC, LLC FBO Kimtran Leake
Roth IRA xxxx57163
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Lawrence D Nemechek
IRA xxxx29374
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Lawrence Gray
Roth IRA XXXX88844
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Lisa M. Masters
Roth IRA xxxxIR550
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Margaret A Davis
IRA xxxx41318
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Margaret R Abeyta
IRA XXXX22711
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Margaret Seguna
IRA xxxx33917
2001 Spring Rd, Suite 700
Oak Brook, IL 60523

ASIC Creditor Matrix v2

MTC, LLC FBO Michael V Cranford
Roth IRA xxxx46990
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Patrick Quinn
IRA XXXX51247
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Robin Smith
IRA xxxx59995
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Sally K Wiggins
IRA xxxx69773
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Scott McCreedy
Roth IRA XXXX34956
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO Vernon Smith
IRA xxxx49777
2001 Spring Rd, Suite 700
Oak Brook, IL 60523


MTC, LLC FBO W. Glen Smith
IRA xxxx27896
2001 Spring Rd, Suite 700
Oak Brook, IL 60523

ASIC Creditor Matrix v2

MTC, LLC FBO William D. Gartner
IRA XXXX45879
2001 Spring Rd, Suite 700
Oak Brook, IL 60523

MTC, LLC FBO William R Bradley
IRA xxxx84866
2001 Spring Rd, Suite 700
Oak Brook, IL 60523

MTC, LLC FBO William T Davis
IRAXXXX23U74
2001 Spring Rd, Suite 700
Oak Brook, IL 60523

NDIRA, Inc FBO Barbara Gritzmaker
IRA XXX7408
1070 W Century Dr, Suite 101
Louisville, CO 80027

NDIRA, Inc FBO Christine Hutchins-Chavez
IRA XXX8348
1070 W Century Dr, Suite 101
Louisville, CO 80027

NDIRA, Inc FBO Dawn Elaine Carlson
IRA XXX7094
1070 W Century Dr, Suite 101
Louisville, CO 80027

NDIRA, Inc FBO Duane Gritzmaker
IRA XXX7409
1070 W Century Dr, Suite 101
Louisville, CO 80027

ASIC Creditor Matrix v2

NDIRA, Inc FBO Duane Gritzmaker
ROTH IRA XXX7410
1070 W Century Dr, Suite 101
Louisville, CO 80027


NDIRA, Inc FBO James Bussard
IRA XXX8697
1070 W Century Dr, Suite 101
Louisville, CO 80027


NDIRA, Inc FBO Justin Ross
IRA XXX6949
1070 W Century Dr, Suite 101
Louisville, CO 80027


NDIRA, Inc FBO Larry Harold Ellis
IRA XXX8007
1070 W Century Dr, Suite 101
Louisville, CO 80027


NDIRA, Inc FBO Leonard Schmitt
IRA XXX1148
1070 W Century Dr, Suite 101
Louisville, CO 80027


NDIRA, Inc FBO Michael Gower
1070 W Century Dr, Suite 101
Louisville, CO 80027


NDIRA, Inc FBO Patricia L. Harrington
IRA XXX7170
1070 W Century Dr, Suite 101
Louisville, CO 80027

ASIC Creditor Matrix v2

NDIRA, Inc FBO Rhonda Thompson
IRA XXX1779
1070 W Century Dr, Suite 101
Louisville, CO 80027


NDIRA, Inc FBO Shannon Kaye
IRA XXX7529
1070 W Century Dr, Suite 101
Louisville, CO 80027


NDIRA, Inc FBO Timothy J. Britton
IRA XXX8643
1070 W Century Dr, Suite 101
Louisville, CO 80027


Nehls Family Limited Partnership
3035 Richfield Drive
Colorado Springs, CO 80919


Porter Living Trust
138 Rick Turner Drive
Huntsville, AL 35811


Prewitt Living Trust
3010 Wesley Road
Spring Hill, TN 37174


R.C. Goodman Martial Trust
7600 Sandy Rock Point, Apt 220
Colorado Springs, CO 80924

ASIC Creditor Matrix v2

Raymond Yelle
1340 Masthead Way
Monument, CO 80132


Richard T Packer
4919 Tarry Glen Dr
Suwanee, GA 30024


Robert Olson
2860 S Olivet Road
Columbia, MO 65201


Roger Abeyta
1119 Narcisco Street NE
Albuquerque, NM 87112


Russell A. and Lucinda L. Ogrinz
3805 Brushland Court
Colorado Springs, CO 80904


Rutz Trust Dated September 17th, 1998
20252 Thunder Road W
Colorado Springs, CO 80908


Sandra Sutton
2615 Heathrow Dr.
Colorado Springs, CO 80920


Scott and Vicky Thomas
1035 Cragin Road
Colorado Springs, CO 80920

ASIC Creditor Matrix v2

Scott R. Goodman
1024 Seagrape Dr
Ruskin, FL 33570


Sharron A. Regenthal LT Dated 10/11/2004
394 E. Briarwood Drive
Centennial, CO 80122


Steven R. Shane
4834 Diablo Valley Ct
Colorado Springs, CO 80918


The Dahlia Garden Trust
2216 W. Uintah Street
Colorado Springs, CO 80904


The Frances B. Tencza Family Rev LT
7610 Sally Rd Heights
Colorado Springs, CO 80923


Thomas and Alice Sweatman
14336 Eagle Villa Grove
Colorado Springs, CO 80921


Vernon K. and Sharolyn J. Watkins
116 Chatsworth Lane
Clayton, NC 27527


W. Glen Smith Rev. Trust Dated 8/8/08
12626 Cloudy Bay Dr
Colorado Springs, CO 80921

```
                        ASIC Creditor Matrix v2
William and Sunnie Anderson
7625 Clovis Way
Colorado Springs, CO 80908
```